UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIELLE PIERPONT, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) ANTHEM, INC., and ANTHEM HEALTH ) PLANS, INC., d/b/a ANTHEM BLUE CROSS ) AND BLUE SHIELD ) ) Defendants. ) | Case No. 3:15-cv-00292 (WWE) |

JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION
OF THE SECTION 1407 TRANSFER MOTION

Plaintiff Danielle Pierpont and Defendants Anthem, Inc. and Anthem Health Plans, Inc., d/b/a Anthem Blue Cross Blue Shield (collectively "Anthem"), by and through the undersigned counsel, hereby file this Joint Motion to Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion, and in support state as follows:

1. In this case, Plaintiff alleges that Anthem failed to adequately safeguard members' personal information and that this failure resulted in an intrusion into Anthem's information technology systems as more fully detailed in the Memorandum in Support filed contemporaneously herewith. More than 60 class actions challenging Anthem's data security practices have been filed over the past few weeks in federal courts across the country.

2. On February 11, 2015, a Motion for Consolidation and Transfer Under 28 U.S.C. § 1407 ("MDL Transfer Motion") was filed with the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and centralize these overlapping class action suits for consolidated pretrial proceedings in the United States District Court for the Southern District of Indiana, where more than twenty of these actions have been filed. *In re Anthem, Inc. Customer Data Security Breach*

1

*Litigation*, MDL No. 2617 (Dkts. 1, 2).

3.  Responses to the MDL Transfer Motion were filed on March 4, 2015. The JPML's next oral argument date is scheduled for May 28, 2015, and a ruling from the JPML on the requested centralization is expected within a few weeks thereafter.

4.  The parties hereby request an order staying all proceedings and deadlines in this case pending resolution of the MDL Transfer Motion.

5.  As set out more fully in the Memorandum in Support, a stay pending potential transfer to a requested MDL appropriately conserves judicial resources and should be granted. The interests of the Court and the parties are best served by staying further pretrial proceedings in this forum pending the JPML's ruling on MDL centralization.

WHEREFORE, the parties respectfully request that this Court issue an order staying this action until the JPML rules on the pending MDL Transfer Motion in *In re: Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617 and either (a) a scheduling order is entered by the United States District Court to which the JPML transfers this case governing further proceedings in this case, or (b) if the JPML denies centralization, 21 days after the JPML acts.

| | |
|---|---|
| Dated: March 5, 2015 | Respectfully submitted, |
| /s/ Joseph P. Guglielmo | /s/ Michael G. Durham |
| Joseph P. Guglielmo, Bar No. 27481 | Michael G. Durham, Bar No. CT05342 |
| David R. Scott, Bar No. 16080 | DONAHUE, DURHAM & NOONAN, P.C. |
| Erin Green Comite, Bar No. 24886 | 741 Boston Post Road, Suite 306 |
| SCOTT+SCOTT, Attorneys at Law, LLP | Guilford, CT 06437 |
| 156 South Main Street | Phone: 203.458.9168; Fax: 203.458.4424 |
| P.O. Box 192 | E-mail: mdurham@ddnctlaw.com |
| Colchester, CT 06415 | |
| Phone: 860.537.5537; Fax: 860. 537.4432 | |
| E-mail: jguglielmo@scott-scott.com | |
| E-mail: david.scott@scott-scott.com | |
| E-mail: ecomite@scott-scott.com | |

Gary F. Lynch*
Edwin J. Kilpela, Jr.*
Jamisen A. Etzel*
CARLSON LYNCH SWEET &
KILPELA, LLP
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Phone: 412.322.9243; Fax: 412.231.0246
E-mail:  glynch@carsonlynch.com
E-mail:  ekilpela@carsonlynch.com
E-mail:  jetzel@carsonlynch.com

Jayne A. Goldstein*
POMERANTZ LLP
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Phone: 954.315.3454; Fax: 954.315.3455
E-mail:  jgoldstein@pomlaw.com

*Counsel for Plaintiff*

Craig A. Hoover*
E. Desmond Hogan*
Peter R. Bisio*
Allison M. Holt*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Phone: 202.637.5600; Fax: 202.637.5910
E-mail:  craig.hoover@hoganlovells.com
E-mail:  desmond.hogan@hoganlovells.com
E-mail:  peter.bisio@hoganlovells.com
E-mail:  allison.holt@hoganlovells.com

**Pro hac vice* applications pending*

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                 /s/ Michael G. Durham
                                             Michael G. Durham

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DANIELLE PIERPONT, individually and on behalf of all others similarly situated, )<br><br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>ANTHEM, INC., and ANTHEM HEALTH PLANS, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD )<br><br>    Defendants. ) | Case No. 3:15-cv-00292 |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**
**PENDING RESOLUTION OF THE SECTION 1407 TRANSFER MOTION**

This matter came before the Court on Plaintiff Danielle Pierpont and Defendants Anthem, Inc., and Anthem Health Plans, Inc., d/b/a Anthem Blue Cross Blue Shield's Joint Motion to Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion and the Memorandum in Support. The Court, being duly advised, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT this action and all deadlines are stayed until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion for MDL centralization in *In re Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617 and either (a) a scheduling order is entered by the United States District Court to which the JPML transfers this case governing further proceedings in in this case, or (b) if centralization is denied, 21 days after the JPML acts.

Dated: _____    _____
                                Judge, United States District Court
                                District of Connecticut